IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 4:06CR3054 |
| v. | ) | |
| | ) | |
| MARTIN D. LOSBY, | ) | |
| | ) | ORDER |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

Defendant's motion to modify conditions of release, filing 11, is granted, and Paragraph (7)(e) of the Order Setting Conditions of Release, filing 10, is amended to provide that in lieu of employment, defendant shall maintain full-time, verifiable school enrollment and schooling.

DATED this 26th day of April, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge